**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JONATHAN R. MOOTHART, | Case No.: 1:16-cv-00661 |
|  | Hon. Janet T. Neff |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, PINNACLE CREDIT SERVICES, LLC, and CROSSTOWN LAW, LLC, | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Jonathan R. Moothart, and all Defendants, by and through their respective counsel of record, that the entire above-captioned action is voluntarily dismissed with prejudice.

1

_____

**THE FOREGOING IS STIPULATED:**

FOR THE PLAINTIFF:                                  FOR THE DEFENDANT:


/s/ Roger G. Cotner                                 /s/ John P. Langenderfer
Roger G. Cotner (P36569)                            John P. Langenderfer (OH #0079094)
Attorney for Plaintiff                              Attorney for Defendants Pinnacle Credit
Cotner Law Offices                                  Services, LLC, and Crosstown Law, LLC
220 Franklin Ave                                    Surdyk, Dowd, & Turner, CO, L.P.A.
Grand Haven, MI 49417                               8163 Old Yankee St., Suite C
616-846-7153                                        Dayton, Ohio 45458
                                                    937-222-2333


/s/ Tameika Montgomery
Tameika Montgomery
Attorney for Defendant Equifax
Information Services, LLC
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
404-215-5957

2